UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 OCT 27 P 3: 11

U.S.

| | | |
|---|---|---|
| MARK ALAN MASON,<br>Petitioner, | : | |
| | : | |
| | : | PRISONER |
| v. | : | Case No. 3:03cv692 (PCD) |
| | : | |
| WARDEN STRANGE, ET AL.,<br>Respondents. | : | |
| | : | |

## ORDER TO SHOW CAUSE

In January 2001, in the Connecticut Superior Court for the Judicial District of Danbury, the petitioner pleaded guilty to one count of assault on a police officer or fire official. The court sentenced the petitioner to three years of imprisonment. The sentence was to be served consecutively to his current sentence. The petitioner did not appeal his conviction. Approximately, one year later, in January 2002, the petitioner filed a habeas petition in the Connecticut Superior Court for the Judicial District of Hartford raising claims of ineffective assistance of counsel and newly discovered evidence. That petition is still pending. On July 22, 2003, the petitioner filed an amended petition for writ of habeas corpus in this action.

The petitioner states that a hearing has not been scheduled in his state habeas. He contends that his habeas may not be heard before he is discharged from his state sentence in February 2004. He argues that he should not be required to exhaust his state court remedies prior to filing this action because the state procedures are inadequate.

Thus, it is hereby

ORDERED that the respondents file a response on or before **November 19, 2003,**

showing cause why the petitioner should not be excused from exhausting his state court remedies and addressing the petitioner's claim that "(i) there is an absence of available State corrective process or (ii) circumstances exist that render such process ineffective to protect the rights of the [petitioner]." 28 U.S.C. § 2254(b)(1)(B)(i) and (ii).

It is further

ORDERED that service by the United States Marshal of this order, together with a copy of the petition and amended petition, on respondent's representative, Michael E. O'Hare, Supervisory Assistant State's Attorney, Office of the Chief State's Attorney, 300 Corporate Place, Rocky Hill, CT 06067, on or before **November 5, 2003**, shall be deemed sufficient.

Entered at Bridgeport, Connecticut, this 27 of October, 2003.

Holly B. Fitzsimmons
United States Magistrate Judge