UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 19 P 3: 43

| | | |
|---|---|---|
| MARK MASON,<br>Petitioner | : | CIVIL NO. 3:03CV692(PCD) |
| v. | : | |
| WARDEN STRANGE,<br>Respondent | : | NOVEMBER 19, 2003 |

### APPEARANCE

Please enter the appearance of:

JAMES A. KILLEN
Senior Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
FAX NO: (860) 258-5968
Federal Bar No. ct 02058

for the respondent.

_____
James A. Killen
Senior Assistant State's Attorney

### CERTIFICATION

I hereby certify that a copy of this document was mailed to: Mark Mason, Inmate No: 188879, Osborn Correctional Institution, P.O. Box 100, Somers, Connecticut 06071, on this 19th day of November.

_____
JAMES A. KILLEN
Senior Assistant State's Attorney