**Attorney Howard J. Haims, P.C.**
*Member of CT, MA and DC Bars*

| | |
|---|---|
| 169 Oakwood Avenue | Tel: (860) 233-2504 |
| West Hartford, CT 06119-2141 | Fax: (860) 231-7074 |

**WWW.HOWARDHAIMS.COM**

February 11, 2003

Mr. Mark Mason
ID. # 188879
Carl Robinson Correctional Facility
PO Box 1400
Enfield, CT 06083 – 1400

Re:   Mark Mason v Warden
      CV02-814191, J.D. of Hartford

Dear Mr. Mason:

Thank you for yours of February 3, 2003, received in this office on February 5, 2003. I have forwarded the two executed releases returned to Attorney Barlow. I suspect I will shortly have the opportunity to review her file pertaining to your previous habeas petitions. As you are only able to have two releases notarized at any given time, please have the medical authorizations notarized before the releases for legal records. These are arguably more important.

I should also wish to confirm that, by your letter, you are authorizing this office to discuss all matters relating to your habeas petition with your sisters Kerry Harnois and Sherry Mason and your brother Bryant Mason.

Lastly, please be advised that I have ordered the transcripts of your plea and sentencing, and barring further budget cuts or lay-offs, hope to have the same by months end.

If you have any questions please do not hesitate to contact my office.

Very truly yours,

Howard J. Haims

Enclosures:
HJH/jc



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

From the Office
OF THE WARDEN

(860) 763-8613

November 22, 2002

The Honorable Judge Richard M. Rittenband
State of Connecticut
Superior Court
100 Washington Street
Hartford, CT 06106

Dear Judge Rittenband:

Please accept this correspondence as a partial response to your letter to Chief of Operations Richard M. Miele dated November 15, 2002.

I would like to take this opportunity to apologize for two separate incidents in which Attorney Walter C. Basey was not admitted to correctional facilities in the recent past.

Be assured that it is the policy of the Department of Correction that every effort shall be made to accommodate visits from attorneys to inmates.

In addition, we have taken steps to assure that a denial of visits for attorneys and other persons with court business does not reoccur. Staff members have been addressed and future ongoing in-service training will address these issues. Note that existing Administrative and Unit Directives as well as Post Orders provide that no reasonable request for a visit by an attorney shall be refused.

Again, this administration is committed to facilitating access for attorneys to the inmates remanded to the Department of Correction. If you should have any future concerns in this regard, please do not hesitate to contact me.

Sincerely,

Larry Myers
Lead Warden

**Attorney Howard J. Haims, P.C.**
*Member of CT, MA and DC Bars*

169 Oakwood Avenue
West Hartford, CT 06119-2141

Tel: (860) 233-2504
Fax: (860) 231-7074

**WWW.HOWARDHAIMS.COM**

---

February 24, 2003

Mr. Mark Mason
ID. # 188879
Carl Robinson Correctional Facility
PO Box 1400
Enfield, CT 06083 – 1400

    Re:    Mark Mason v Warden
                CV02-814191, J.D. of Hartford

Dear Mr. Mason:

    Please be advised that I have not received any releases from you other than the two forwarded with yours of February 3, 2003, and received in this office on February 5, 2003. Three different attorneys represented you during the course of the criminal matter. Each attorney must receive a release. It is essential that I have enough medical releases to accompany each request for files. Kindly forward as many releases as are executed at your earliest convenience. Please let me know if you are encountering further difficulties with having these releases notarized.

    If you have any questions please do not hesitate to contact my office.

                            Very truly yours,

                            Howard J. Haims

Enclosures:
HJH/jc

**Attorney Howard J. Haims, P.C.**
*Member of CT, MA and DC Bars*

| | |
|---|---|
| 169 Oakwood Avenue | Tel: (860) 233-2504 |
| West Hartford, CT 06119-2141 | Fax: (860) 231-7074 |

**WWW.HOWARDHAIMS.COM**

March 12, 2003

Mr. Mark Mason
ID. # 188879
Carl Robinson Correctional Facility
PO Box 1400
Enfield, CT 06083 – 1400

    Re:    Mark Mason v Warden
            CV02-814191, J.D. of Hartford

Dear Mr. Mason:

    Please be advised that the Superior Court for the Judicial District of Hartford has suspended all habeas hearings until further notice. The ostensible reasons for this action are a shortage of staff and budgetary constraints. As hearing dates have not been assigned for your matter, this does not directly affect your petition. However, I expect that the current suspension of hearings will unquestionably delay the processing of all habeas petitions and the assignment of hearings for the same.

    Please do not hesitate to contact my office should you have any questions.

                            Very truly yours,

                            Howard J. Haims

Enclosures:
HJH/jc

**Attorney Howard J. Haims, P.C.**
*Member of CT, MA and DC Bars*

169 Oakwood Avenue                          Tel:  (860) 233-2504
West Hartford, CT 06119-2141                Fax:  (860) 231-7074

**WWW.HOWARDHAIMS.COM**

April 14, 2003

Mr. Mark Mason
ID. # 188879
Carl Robinson Correctional Facility
PO Box 1400
Enfield, CT 06083 – 1400

Re:   Mark Mason v Warden
      CV02-814191, J.D. of Hartford

Dear Mr. Mason:

Please be advised that the Superior Court for the Judicial District of Hartford has resumed hearing habeas petitions as suddenly and abruptly is it cancelled them. As hearing dates had not been assigned for your matter, this does not directly affect your petition. However, I expect that the suspension of hearings generated a significant backlog that will unquestionably delay the processing of all habeas petitions and the assignment of hearings for the same.

It an apparent response to the present situation the Public Defender's office has advised the undersigned that there is now a plan to consolidate all Habeas petitions filed in New Haven and Hartford in the Tolland Judicial District at Rockville. Unfortunately the Public Defenders Office was unclear as to whether this consolidation was to apply prospectively or would impact petitions presently pending in those jurisdictions. Be advised that this office has not received any notification from the Court regarding this plan nor, as in the case of the suspension hearings, does it directly affect your matter. The forgoing is communicated merely to advise that the venue of your petition could be transferred.

Please do not hesitate to contact my office should you have any questions.

Very truly yours,

Howard J. Haims

Enclosure(s):

**Attorney Howard J. Haims, P.C.**
*Member of CT, MA and DC Bars*

69 Oakwood Avenue                                   Tel:  (860) 233-2504
West Hartford, CT 06119-2141                        Fax:  (860) 231-7074

**WWW.HOWARDHAIMS.COM**

April 14, 2003

Mr. Mark Mason
ID. # 188879
Carl Robinson Correctional Facility
PO Box 1400
Enfield, CT 06083 – 1400

    Re:    Mark Mason v Warden
            CV02-814191, J.D. of Hartford

Dear Mr. Mason:

    I am in receipt of yours of April 8, 2003. I shall briefly address the issues and concerns raised therein.

    As to the Federal Habeas claim please be advised that you have just returned to this office releases I requested from you in December. These releases are necessary to gain review of prior counsel's files . An essential exercise as your state claim is predicated upon in-effective assistance of counsel. I could not in good faith represent to the federal court that the suspension of hearings in Hartford had, in any way, affected the prosecution of the above referenced matter. You are free to proceed with a federal claim but my office cannot assist you.

    Please be aware that this office does not represent you in any claim for sentence modification or claims against Attorney Bansley. Nor is this office a secretarial service. Quite frankly I resent being sent three hundred pages with instructions to forward the same to you because your sister could not. Moreover the forgoing raises ethical issues with me. I should not use my position to circumvent Department of Correction rules. I will review the material forwarded by your sister. However if you desire a complete copy of the materials, and I will do this only once, have your sister forward a complete copy of the materials forwarded to this office on March 20, 2003.

    Lastly the requested releases have been forwarded to prior counsel and I will advise when your files are received.

    Please do not hesitate to contact my office should you have any questions.

                                Very truly yours,

                                Howard J. Haims

Enclosure(s):

EXHIBIT C

| | | |
|---|---|---|
| CV02-814191 | : | SUPERIOR COURT |
| MARK ALAN MASON | : | TOLLAND JUDICIAL DISTRICT |
| V. | : | ROCKVILLE, CONNECTICUT |
| WARDEN | : | NOVEMBER 12, 2003 |

BEFORE:

        THE HONORABLE STANLEY T. FUGER, JR.
               SUPERIOR COURT JUDGE

APPEARANCES:

      For the Petitioner:

          HOWARD J. HAIMS, ESQ.
          169 Oakwood Avenue
          West Hartford, Connecticut 06119


      For the Respondent:

          DAVID R. SHANNON, ESQ.
          146 White Street
          Danbury, Connecticut 06810


                                        Ellen Eybel,
                                        Court Monitor

1

1    THE COURT: We have quite a few status conferences
2  pending for this morning. Those attorneys who have
3  agreement, who would wish to make agreement, who would
4  wish to deal with Ms. Pizzoferrato, the Court is going to
5  take a fifteen-minute recess at this point to allow those
6  who wish to come forward to settle their -- not settle.
7  If anybody wants to settle their case, you're more than
8  welcome to do that.
9    But those who have agreement as to a scheduling
10 order, you can come on forward, and we can get you out of
11 here relatively quickly. All right. Are there those
12 happy attorneys that are going to be able to leave early
13 today? I see a few smiles, so all right.
14   (A recess was taken.)
15   THE COURT: All right. Good morning. Those who
16 wished to avail themselves of the opportunity to have
17 dealt with Ms. Pizzoferrato apparently have done so.
18 Those who wish the opportunity to deal with me.
19   MS. PIZZOFERRATO: Judge Fuger, I received two
20 scheduling orders. One on No. 22, Walker, which was
21 accepted. And the second, on No. 44, Walsh, which was
22 accepted.
23   THE COURT: All right. Everybody else wants to be
24 here. All right. I'm going to call Mason v. Warden.
25 Attorney Haims and State's Attorney from Danbury.
26   MR. SHANNON: Good morning, Your Honor.
27   THE COURT: Good morning.

2

1   MR. SHANNON: David R. Shannon for the State of
2   Connecticut.
3   THE COURT: All right. I've been advised that
4   Mr. Mason has a federal action complaining that his case
5   isn't being heard fast enough.
6   MR. SHANNON: That's correct, Your Honor.
7   THE COURT: Mr. Haims, are you prepared for trial?
8   MR. HAIMS: My intention at this point, Your Honor,
9   was to file the *Anders* brief on this matter. I don't
10  believe there's a basis at this time for him to proceed.
11  MR. SHANNON: Your Honor, the State of Connecticut
12  stands ready to try this case, immediately if necessary.
13  THE COURT: All right. Mr. Haims, you are a special
14  public defender?
15  MR. HAIMS: I am, Your Honor.
16  THE COURT: When were you appointed?
17  MR. HAIMS: I don't have the date in front of me,
18  Your Honor. I believe my appearance should be in the
19  file, though.
20  MR. SHANNON: Your Honor, I have an appearance dated
21  November 13, 2002.
22  THE COURT: Mr. Haims.
23  MR. HAIMS: Yes, Your Honor.
24  THE COURT: You were appointed November 6, 2002,
25  over one year ago.
26  Let me have a trial date in December, if you would.
27  MS. PIZZOFERRATO: All right, Your Honor.

```
 1    December 5.
 2            THE COURT:  Counsel?
 3            MR. HAIMS:  One moment, please, Your Honor.  Could
 4    it be December 4th, please, Your Honor?
 5            MS. PIZZOFERRATO:  That's fine, Your Honor.
 6            THE COURT:  All right.  December 4th will be the
 7    trial date.  Now, if, in fact, you do intend to file an
 8    Anders brief, that needs to be filed immediately.  An
 9    amended petition -- to the extent one is going to be
10    filed -- by November 19th.
11            MR. HAIMS:  Could I have one more week, please, on
12    that, Your Honor?
13            THE COURT:  You've had a year, and my understanding
14    is you're telling me you're going to file an Anders
15    brief.
16            MR. HAIMS:  Yes, Your Honor.  I've got other matters
17    pending in this court, as well other courts, Your Honor.
18    I would request --
19            THE COURT:  You've had this case for over a year.
20    11/26 for the return; reply, 12/01; certificate of closed
21    pleadings, 12/02; briefs, if you wish any, 12/04;
22    exchange any witness lists on 12/02.
23            To the extent that you wish to file an Anders brief,
24    Mr. Haims, that brief will be due not later than 12/26.
25    Notice of intent to file an Anders brief will be due no
26    later than 11/19.
27            MR. HAIMS:  So 11/19 would be the notice of brief,
```

1   and the return will be the 26th of November; and the
2   brief, if filed, is 12/26.
3       THE COURT: Well, I don't know what you're going to
4   do. I mean, you're telling me you're contemplating
5   filing an Anders brief. Okay. I'm not going to make you
6   file an amended petition. But if you're not going to
7   file the Anders brief, then you are going to file the
8   amended petition. So it's one or the other.
9       If you're going to go the route of the Anders, then
10  you've got to give notice no later than 11/19/2003 --
11      MR. HAIMS: Yes, Your Honor.
12      THE COURT: -- that you're going to do that, and
13  then you need to have the brief in no later than -- not
14  12/26; I'm sorry -- 11/26. All right. Do you understand
15  that?
16      MR. HAIMS: Yes, Your Honor.
17      THE COURT: Okay. So if you're not going to do
18  that, then the pleading schedule will be amended petition
19  by the 19th. If you are going to go that route, give
20  notice by the 19th, and get the brief in by the 26th.
21      MR. HAIMS: Yes, Your Honor.
22      THE COURT: Okay. And the trial will be set down
23  for December 4th, pending whatever happens. The ball is
24  in your court as to how you're going to proceed at this
25  point, I guess, Mr. Haims.
26      MR. HAIMS: Yes, Your Honor.
27      THE COURT: All right. Thank you, gentlemen.

1    MR. SHANNON: Thank you, Your Honor. Your Honor,
2 may I just approach the court monitor, please?
3    THE COURT: Sure. Counsel are free to move around
4 the courtroom.
5    (The matter was concluded.)

| | | |
|---|---|---|
| CV02-814191 | : | SUPERIOR COURT |
| MARK ALAN MASON | : | TOLLAND JUDICIAL DISTRICT |
| V. | : | ROCKVILLE, CONNECTICUT |
| WARDEN | : | NOVEMBER 12, 2003 |

## CERTIFICATION

I hereby certify that the foregoing is a true and correct transcript of the proceeding held in the above-entitled case, heard before The Honorable Stanley T. Fuger, Jr., Superior Court Judge, at the Superior Court for the Judicial District of Tolland, Rockville, Connecticut, on the 12th day of November, 2003.

Dated this 13th day of November, 2003, at Rockville, Connecticut.

_Ellen Eybel_
Ellen Eybel

\* \* \* CERTIFICATION DOES NOT APPLY TO PHOTOCOPIES \* \* \*