UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARK MASON

                                                      PRISONER
    v.                                          CIVIL 3:03cv692 (PCD)

WARDEN STRANGE
JOHN ROWLAND

J U D G M E N T

      This cause came on for consideration of the amended petition for Writ of Habeas Corpus before the Honorable Peter C. Dorsey, United States District Judge.

      The Court has considered the amended petition and all the papers submitted in connection with the petition.  On January 8, 2004, the Court filed its Ruling and Order dismissing the amended petition for writ of habeas corpus without prejudice for failing to exhaust state remedies, and further ruling a certificate of appealability will not issue.

      It is therefore **ORDERED** and **ADJUDGED** that the amended petition for writ of habeas corpus be dismissed without prejudice in accordance with the Court's Ruling and the case closed.

      Dated at Bridgeport, Connecticut this 9th of January, 2004.

                                      KEVIN F. ROWE, Clerk

                                      By /s/ Cynthia Earle
                                            Cynthia Earle
                                            Deputy Clerk

Entry on Docket _____