**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MARK ALAN MASON | 3:03cv692(PCD)(GM) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| WARDEN STRANGE, ET AL | ORDER TO SHOW CAUSE/ HABEAS EXPEDITATION |

**SERVE** ➡
**AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MICHAEL E. O'HARE, SUPERVISORY ASSISTANT STATE'S ATTORNEY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
OFFICE OF THE CHIEF STATE'S ATTORNEY
300 CORPORATE PLACE, ROCKY HILL, CT  06067

US DISTRICT COURT
BRIDGEPORT CT

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MARK ALAN MASON #188879
CARL ROBINSON CORRECTIONAL INSTITUTION
PO BOX 1400
ENFIELD, CT  06083

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                    Fold

IN FORMA PAUPERIS
SERVICE ON OR BEFORE NOVEMBER 5, 2003
RESPONSE DUE ON OR BEFORE NOVEMBER 19, 2003

| Signature of Attorney or other Originator requesting service on behalf of: CLERK'S OFFICE /s/ Mary E. Larsen | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (203)579-5861 | DATE 10/29/03 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 14 | District to Serve No. 14-H | Signature of Authorized USMS Deputy or Clerk | Date 10/30/03 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service 11/5/03   Time 11:35 am |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45⁰⁰ | 3³⁰ | ∅ | 50⁰⁰ | ∅ | 50⁰⁰ | ∅ |

REMARKS:   SERVED Angela Marchinell in Hand

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|